# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Frost, Nicholas and Emily                                   Case No.

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICE DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

☐ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☒ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

    ☒ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

**Signature of debtor 1**                                          **Date**

*/s/ Nic Frost/*                                                   Thursday, September 24, 2020

*******************************************************************************

☒ **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

    ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

    ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    ☐ Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

**Signature of debtor 2**                                          **Date**

*/s/ Emily Frost/*                                                 Thursday, September 24, 2020

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| G033500 | 09/01/2020 | 09/11/2020 |

### Federal W4 Information

| Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|
| Single | 0 | | |

### State W4 Information

| State | Resident | Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | Single | 0 | | |

### Gross to Net Information

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 2,623.20 | 1,744.15 | 2,001.54 | 2,001.54 | 436.39 | 924.26 | 1,262.55 |
| YTD | 40,513.15 | 30,917.87 | 35,144.47 | 35,144.47 | 8,218.41 | 10,239.25 | 22,055.49 |

### Earnings (* = Taxable Business Expenses / Relocation; # = Non-Paid)

Rates of pay are established pursuant to statute, collective bargaining agreement, or compensation plan

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Vacation Leave | | | 80.00 | 32.790000 | 2,623.20 | 6,007.76 |
| Adj Family Med Leave Balance# | | | | | 0.00 | 31,094.40 |
| Adj Paid Parental Leave Bal# | | | | | 0.00 | 7,677.60 |
| Achievement Award | | | | | 0.00 | 1,000.00 |
| Fam Med Lve Holiday | | | | | 0.00 | 262.32 |
| Fam Med Lve No Pay# | | | | | 0.00 | 9,469.04 |
| Fam Med Lve Sick | | | | | 0.00 | 2,047.36 |
| Fam Med Paid Parental Leave | | | | | 0.00 | 3,902.80 |
| Holiday Pay | | | | | 0.00 | 1,023.68 |
| Meals NO Lodging - Instate* | | | | | 0.00 | 11.00 |
| Meals (With Lodging)-Outstate | | | | | 0.00 | 58.39 |
| Paid Parental Leave Taken | | | | | 0.00 | 3,934.80 |
| Regular Pay | | | | | 0.00 | 21,817.18 |
| Sick Leave | | | | | 0.00 | 447.86 |
| **Total:** | | | **80.00** | | **2,623.20** | **40,513.15** |

### Taxes

| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed OASDI/EE | | 2,001.54 | 124.10 | 2,178.96 |
| Fed MED/EE | | 2,001.54 | 29.02 | 509.59 |
| Fed Withholdng | | 1,744.15 | 189.64 | 3,819.12 |
| MN Withholdng | Y | 1,744.15 | 93.63 | 1,710.74 |
| **Total:** | | | **436.39** | **8,218.41** |

### Before-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Medical Insurance | 119.51 | 1,912.16 |
| Dental Insurance | 26.70 | 427.20 |
| MSRS - Deferred Compensation | 100.00 | 1,600.00 |
| Medical/Dental Expense Account | 58.59 | 508.59 |
| Dependent Care Expense Account | 390.63 | 2,265.61 |
| MSRS Gnr'l Employee Rtmt Plan | 157.39 | 2,426.60 |
| Hlth Care Svng Plan - EE | 26.23 | 396.73 |
| **Total:** | **879.05** | **9,536.89** |

### After-Tax Deductions

| Description | Amount | YTD Amt |
|---|---|---|
| Employee Additional Life | 0.46 | 7.36 |
| Long Term Disability | 6.75 | 108.00 |
| Short Term Disability | 17.00 | 272.00 |
| Minn Assn Prof Employees | 21.00 | 315.00 |
| Medical/Dental Expense Account | 0.00 | 281.25 |
| **Total:** | **45.21** | **983.61** |

### Employer Paid Benefits (* = Taxable)

| Description | Amount | YTD Amt |
|---|---|---|
| Fed OASDI/ER | 124.10 | 2,178.96 |
| Fed Med/ER | 29.02 | 509.59 |
| Medical Insurance | 910.79 | 14,572.64 |
| Dental Insurance | 33.57 | 537.12 |
| Administrative Fee | 4.92 | 78.72 |
| Basic Life | 5.30 | 84.80 |
| Medical/Dental Expense Account | 3.30 | 33.00 |
| Dependent Care Expense Account | 3.30 | 33.00 |
| MSRS Gnr'l Employee Rtmt Plan | 163.95 | 2,527.74 |
| MSRS - Deferred Compensation | 0.00 | 200.00 |
| **Total:** | **1,278.25** | **20,755.57** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 296076301 | 1,262.55 |
| **Total:** | | | | **1,262.55** |

### Agency Contact Information

| Agency | Address Line 1 | Address Line 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Lottery | 2645 Long Lake Road | | Roseville | MN | 55113-2433 |
| Telephone: | 651/635-8273 | Ext: | | | |

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| G033500 | 08/18/2020 | 08/28/2020 |

### Federal W4 Information
| Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|
| Single | 0 | | |

### State W4 Information
| State | Resident | Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | Single | 0 | | |

### Gross to Net Information
| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 2,623.20 | 2,193.37 | 2,450.76 | 2,450.76 | 600.12 | 475.04 | 1,548.04 |
| YTD | 37,889.95 | 29,173.72 | 33,142.93 | 33,142.93 | 7,782.02 | 9,314.99 | 20,792.94 |

### Earnings (* = Taxable Business Expenses / Relocation; # = Non-Paid)
Rates of pay are established pursuant to statute, collective bargaining agreement, or compensation plan

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Paid Parental Leave Taken | | | 8.00 | 32.790000 | 262.32 | 3,934.80 |
| Vacation Leave | | | 72.00 | 32.790000 | 2,360.88 | 3,384.56 |
| Adj Family Med Leave Balance# | | | | | 0.00 | 31,094.40 |
| Adj Paid Parental Leave Bal# | | | | | 0.00 | 7,677.60 |
| Achievement Award | | | | | 0.00 | 1,000.00 |
| Fam Med Lve Holiday | | | | | 0.00 | 262.32 |
| Fam Med Lve No Pay# | | | | | 0.00 | 9,469.04 |
| Fam Med Lve Sick | | | | | 0.00 | 2,047.36 |
| Fam Med Paid Parental Leave | | | | | 0.00 | 3,902.80 |
| Holiday Pay | | | | | 0.00 | 1,023.68 |
| Meals NO Lodging - Instate* | | | | | 0.00 | 11.00 |
| Meals (With Lodging)-Outstate | | | | | 0.00 | 58.39 |
| Regular Pay | | | | | 0.00 | 21,817.18 |
| Sick Leave | | | | | 0.00 | 447.86 |
| **Total:** | | | **80.00** | | **2,623.20** | **37,889.95** |

### Taxes
| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed OASDI/EE | | 2,450.76 | 151.95 | 2,054.86 |
| Fed MED/EE | | 2,450.76 | 35.53 | 480.57 |
| Fed Withholdng | | 2,193.37 | 288.46 | 3,629.48 |
| MN Withholdng | Y | 2,193.37 | 124.18 | 1,617.11 |
| **Total:** | | | **600.12** | **7,782.02** |

### Before-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Medical Insurance | 119.51 | 1,792.65 |
| Dental Insurance | 26.70 | 400.50 |
| MSRS - Deferred Compensation | 100.00 | 1,500.00 |
| MSRS Gnr'l Employee Rtmt Plan | 157.39 | 2,269.21 |
| Hlth Care Svng Plan - EE | 26.23 | 370.50 |
| Medical/Dental Expense Account | 0.00 | 450.00 |
| Dependent Care Expense Account | 0.00 | 1,874.98 |
| **Total:** | **429.83** | **8,657.84** |

### After-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Employee Additional Life | 0.46 | 6.90 |
| Long Term Disability | 6.75 | 101.25 |
| Short Term Disability | 17.00 | 255.00 |
| Minn Assn Prof Employees | 21.00 | 294.00 |
| Medical/Dental Expense Account | 0.00 | 281.25 |
| **Total:** | **45.21** | **938.40** |

### Employer Paid Benefits (* = Taxable)
| Description | Amount | YTD Amt |
|---|---|---|
| Fed OASDI/ER | 151.95 | 2,054.86 |
| Fed Med/ER | 35.53 | 480.57 |
| Medical Insurance | 910.79 | 13,661.85 |
| Dental Insurance | 33.57 | 503.55 |
| Administrative Fee | 4.92 | 73.80 |
| Basic Life | 5.30 | 79.50 |
| MSRS Gnr'l Employee Rtmt Plan | 163.95 | 2,363.79 |
| Medical/Dental Expense Account | 0.00 | 29.70 |
| Dependent Care Expense Account | 0.00 | 29.70 |
| MSRS - Deferred Compensation | 0.00 | 200.00 |
| **Total:** | **1,306.01** | **19,477.32** |

### Net Pay Distribution
| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091000019 | 1,548.04 |
| **Total:** | | | | **1,548.04** |

### Agency Contact Information
| Agency | Address Line 1 | Address Line 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Lottery | 2645 Long Lake Road | Ext: | Roseville | MN | 55113-2433 |
| Telephone: | 651/635-8273 | | | | |

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| G033500 | 08/04/2020 | 08/14/2020 |

### Federal W4 Information
| Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|
| Single | 0 | | |

### State W4 Information
| State | Resident | Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | Single | 0 | | |

### Gross to Net Information
| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 2,623.20 | 2,193.37 | 2,450.76 | 2,450.76 | 600.12 | 475.04 | 1,548.04 |
| YTD | 35,266.75 | 26,980.35 | 30,692.17 | 30,692.17 | 7,181.90 | 8,839.95 | 19,244.90 |

### Earnings (* = Taxable Business Expenses / Relocation;  # = Non-Paid)
Rates of pay are established pursuant to statute, collective bargaining agreement, or compensation plan

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Paid Parental Leave Taken | | | 80.00 | 32.790000 | 2,623.20 | 3,672.48 |
| Adj Family Med Leave Balance# | | | | | 0.00 | 31,094.40 |
| Adj Paid Parental Leave Bal# | | | | | 0.00 | 7,677.60 |
| Achievement Award | | | | | 0.00 | 1,000.00 |
| Fam Med Lve Holiday | | | | | 0.00 | 262.32 |
| Fam Med Lve No Pay# | | | | | 0.00 | 9,469.04 |
| Fam Med Lve Sick | | | | | 0.00 | 2,047.36 |
| Fam Med Paid Parental Leave | | | | | 0.00 | 3,902.80 |
| Holiday Pay | | | | | 0.00 | 1,023.68 |
| Meals NO Lodging - Instate* | | | | | 0.00 | 11.00 |
| Meals (With Lodging)-Outstate | | | | | 0.00 | 58.39 |
| Regular Pay | | | | | 0.00 | 21,817.18 |
| Sick Leave | | | | | 0.00 | 447.86 |
| Vacation Leave | | | | | 0.00 | 1,023.68 |
| Total: | | | 80.00 | | 2,623.20 | 35,266.75 |

### Taxes
| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed OASDI/EE | | 2,450.76 | 151.94 | 1,902.91 |
| Fed MED/EE | | 2,450.76 | 35.54 | 445.04 |
| Fed Withholdng | | 2,193.37 | 288.46 | 3,341.02 |
| MN Withholdng | Y | 2,193.37 | 124.18 | 1,492.93 |
| Total: | | | 600.12 | 7,181.90 |

### Before-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Medical Insurance | 119.51 | 1,673.14 |
| Dental Insurance | 26.70 | 373.80 |
| MSRS - Deferred Compensation | 100.00 | 1,400.00 |
| MSRS Gnr'l Employee Rtmt Plan | 157.39 | 2,111.82 |
| Hlth Care Svng Plan - EE | 26.23 | 344.27 |
| Medical/Dental Expense Account | 0.00 | 450.00 |
| Dependent Care Expense Account | 0.00 | 1,874.98 |
| Total: | 429.83 | 8,228.01 |

### After-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Employee Additional Life | 0.46 | 6.44 |
| Long Term Disability | 6.75 | 94.50 |
| Short Term Disability | 17.00 | 238.00 |
| Minn Assn Prof Employees | 21.00 | 273.00 |
| Total: | 45.21 | 611.94 |

### Employer Paid Benefits (* = Taxable)
| Description | Amount | YTD Amt |
|---|---|---|
| Fed OASDI/ER | 151.94 | 1,902.91 |
| Fed Med/ER | 35.54 | 445.04 |
| Medical Insurance | 910.79 | 12,751.06 |
| Dental Insurance | 33.57 | 469.98 |
| Administrative Fee | 4.92 | 68.88 |
| Basic Life | 5.30 | 74.20 |
| MSRS Gnr'l Employee Rtmt Plan | 163.95 | 2,199.84 |
| Medical/Dental Expense Account | 0.00 | 29.70 |
| Dependent Care Expense Account | 0.00 | 29.70 |
| MSRS - Deferred Compensation | 0.00 | 200.00 |
| Total: | 1,306.01 | 18,171.31 |

### Net Pay Distribution
| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091000019 | 1,548.04 |
| Total: | | | | 1,548.04 |

### Agency Contact Information
| Agency | Address Line 1 | Address Line 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Lottery | 2645 Long Lake Road | | Roseville | MN | 55113-2433 |
| Telephone: | 651/635-8273 | Ext: | | | |

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| G033500 | 07/21/2020 | 07/31/2020 |

### Federal W4 Information
| Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|
| Single | 0 | | |

### State W4 Information
| State | Resident | Status | Allowances | Addl Percent | Addl Amount |
|---|---|---|---|---|---|
| MN | Y | Single | 0 | | |

### Gross to Net Information
| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 2,623.20 | 2,047.16 | 2,404.55 | 2,404.55 | 554.48 | 645.46 | 1,423.26 |
| YTD | 32,643.55 | 24,786.98 | 28,241.41 | 28,241.41 | 6,581.78 | 8,364.91 | 17,696.86 |

### Earnings (* = Taxable Business Expenses / Relocation;  # = Non-Paid)
Rates of pay are established pursuant to statute, collective bargaining agreement, or compensation plan

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Adj Family Med Leave Balance# | 06/24/2020 | 07/07/2020 | 480.00 | 32.790000 | 15,739.20 | 31,094.40 |
| Fam Med Paid Parental Leave | | | 48.00 | 32.790000 | 1,573.92 | 3,902.80 |
| Paid Parental Leave Taken | | | 32.00 | 32.790000 | 1,049.28 | 1,049.28 |
| Adj Paid Parental Leave Bal# | 06/24/2020 | 07/07/2020 | | | 0.00 | 7,677.60 |
| Achievement Award | | | | | 0.00 | 1,000.00 |
| Fam Med Lve Holiday | 06/24/2020 | 07/07/2020 | | | 0.00 | 262.32 |
| Fam Med Lve No Pay# | | | | | 0.00 | 9,469.04 |
| Fam Med Lve Sick | | | | | 0.00 | 2,047.36 |
| Holiday Pay | | | | | 0.00 | 1,023.68 |
| Meals NO Lodging - Instate* | | | | | 0.00 | 11.00 |
| Meals (With Lodging)-Outstate | | | | | 0.00 | 58.39 |
| Regular Pay | | | | | 0.00 | 21,817.18 |
| Sick Leave | | | | | 0.00 | 447.86 |
| Vacation Leave | | | | | 0.00 | 1,023.68 |
| **Total:** | | | 560.00 | | 2,623.20 | 32,643.55 |

### Taxes
| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed OASDI/EE | | 2,404.55 | 149.08 | 1,750.97 |
| Fed MED/EE | | 2,404.55 | 34.87 | 409.50 |
| Fed Withholdng | | 2,047.16 | 256.30 | 3,052.56 |
| MN Withholdng | Y | 2,047.16 | 114.23 | 1,368.75 |
| **Total:** | | | 554.48 | 6,581.78 |

### Before-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Medical Insurance | 239.02 | 1,553.63 |
| Dental Insurance | 53.40 | 347.10 |
| MSRS - Deferred Compensation | 100.00 | 1,300.00 |
| MSRS Gnr'l Employee Rtmt Plan | 157.39 | 1,954.43 |
| Hlth Care Svng Plan - EE | 26.23 | 318.04 |
| Medical/Dental Expense Account | 0.00 | 450.00 |
| Dependent Care Expense Account | 0.00 | 1,874.98 |
| **Total:** | 576.04 | 7,798.18 |

### After-Tax Deductions
| Description | Amount | YTD Amt |
|---|---|---|
| Employee Additional Life | 0.92 | 5.98 |
| Long Term Disability | 13.50 | 87.75 |
| Short Term Disability | 34.00 | 221.00 |
| Minn Assn Prof Employees | 21.00 | 252.00 |
| **Total:** | 69.42 | 566.73 |

### Employer Paid Benefits (* = Taxable)
| Description | Amount | YTD Amt |
|---|---|---|
| Fed OASDI/ER | 149.08 | 1,750.97 |
| Fed Med/ER | 34.87 | 409.50 |
| Medical Insurance | 1,821.58 | 11,840.27 |
| Dental Insurance | 67.14 | 436.41 |
| Administrative Fee | 9.84 | 63.96 |
| Basic Life | 10.60 | 68.90 |
| MSRS - Deferred Compensation | 100.00 | 200.00 |
| MSRS Gnr'l Employee Rtmt Plan | 163.95 | 2,035.89 |
| Medical/Dental Expense Account | 0.00 | 29.70 |
| Dependent Care Expense Account | 0.00 | 29.70 |
| **Total:** | 2,357.06 | 16,865.30 |

### Net Pay Distribution
| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 091000019 | 1,423.26 |
| **Total:** | | | | 1,423.26 |

### Agency Contact Information
| Agency | Address Line 1 | Address Line 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Lottery | 2645 Long Lake Road | | Roseville | MN | 55113-2433 |
| Telephone: | 651/635-8273 | Ext: | | | |